FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 MAR 28 P 4: 45

UNITED STATES OF AMERICA )
)
) Docket No: 1:18-mj- 160
)
EDEN ARAYA ) Initial Appearance: April 2, 2018
)

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CRIMINAL INFORMATION

Misdemeanor 6631111

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 19, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, EDEN ARAYA, did unlawfully, knowingly, and willfully steal, purloin or knowingly convert to her use or the use of another, property of the United States and any department or agency thereof, specifically: one (1) Blazer, one (1) Blouse, and one (1) sweater, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(In violation of Title 18, United States Code, Section 641.)

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Bridget Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax (703) 805-1042
bridget.karns@usdoj.gov

Fort Belvoir, VA

Date March 27, 2018

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I mailed a true and accurate copy of the Criminal Information herein filed to Eden Araya, 7611 Bucknan Place, Lorton, Virginia 22079.

*Karen L. Shaner*
Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186